# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE THE COMPLAINT AND PETITION OF LADON SHIPPING PTE. LTD, AS OWNER OF THE VESSEL YANGZE 7, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY** | **§ § § § § § §** | **C.A. NO.** |

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746 OF ANTHONY CHARLES ENGLISH**

1. My name is Anthony Charles English. I am qualified in all respects to make this Unsworn Declaration. I am over 18 years of age, of sound mind and am fully competent to give this Unsworn Declaration. I have personal knowledge of the facts and statements contained in this Unsworn Declaration and every fact and statement set forth in this Unsworn Declaration is true and correct.

2. I am a Director of English White Shipping Ltd. English White Shipping Ltd. is a firm engaged in, among other things, the valuation and appraisal of vessels. I have 45 years of experience as a Ship sale and purchase broker and ship valuer. I regularly carry out the valuation and appraisal of vessels.

3. I performed a valuation and appraisal of the M/V YANGZE 7 (IMO No. 9718911), a 2014 built, 199.9 meter bulk carrier, as of 19 July 2024. I am familiar with the design, type, and class of vessels such as the YANGZE 7 and am familiar with market values and conditions involving the same or similar vessels. I was charged with the duty of determining the fair market value of the YANGZE 7. I personally performed my valuation and appraisal in accordance with the generally accepted standards of the maritime industry and determined that the fair market value of the YANGZE 7 in a good and seaworthy condition as of 19 July 2024 was US Dollars 23,000,000. It is my further opinion that the fair market value of the YANGZE 7 has not changed appreciably from that time to the date of this Unsworn Declaration. The full details on the opinion of value can be found in my Valuation certificate reference 074/2024, attached as Exhibit 1 and fully incorporated herein by reference.

4. This valuation of the YANGZE 7 is based on my own experience, background, and opinion. It is issued without prejudice to any party and is subject to revision if further information discloses a need therefor.

5. Based on the above, on or after July 19, 2024, following the incident between the YANGZE 7 and the T/V MISS PEGGY, the post-casualty value of the M/V

YANGZE 7 (IMO No. 9718911), a 2014 built, 199.9 meter bulk carrier, is United States Dollars 23,000,000 .

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the 24th day of July, 2024.

Anthony Charles English Fics

ENGLISH WHITE
SHIPPING LIMITED

Ship Sale & Purchase Brokers and Ship Valuers
52 Grosvenor Gardens, London SW1W 0AU

# SHIP VALUATION

LADON SHIPPING PTE. LTD.
9 Raffles Place #54-01B
Republic Plaza Singapore
(048619)
Singapore

24 July 2024

Our Ref: 074/2024/ACE

Dear Sirs

**m.s.'YANGZE 7'**
IMO Number: 9718911
Ultramax Bulkcarrier (Dolphin 64 design)

Abt: Dwt 63,523 on 13.32 m draft
Built: 2014-11 Jiangsu Newyangzi Shipbuilding in China
Class: NK Special and Drydock surveys due 2024-11
Loa: 199.9 m Beam: 32.26 m
Gross/Net: 36,426/21,587 tons
5/5 holds/hatches
Cranes 4 x 30 ts
Wartsila - 5RT-flex58T Main engine of 8,050 kw
**Abt 11,675 ts lightweight**

We have considered the details of the abovementioned Vessel in accordance with your instructions. We assume the Vessel to be free of charter, in seaworthy condition, capable of proceeding under her own power, in average condition for her age and in Class.

We believe the value of the Vessel as of 19 July 2024 to be about:

US Dollars 23,000,000

Yours faithfully

**Anthony C English FICS**
**ENGLISH WHITE SHIPPING LTD**

This value is given subject to the conditions overleaf

## CONDITIONS

-1-

This valuation relates solely to the date and place referred to, and we emphasise that it is a statement of our opinion only and is not a representation of fact or of the correctness of the particulars or information available to us on which our opinion is based.

-2-

All particulars are from information given to us and such other information as we have been able to obtain from relevant works of reference, but we can accept no responsibility for their accuracy. We have not made an inspection of the vessel or her class records.

-3-

The valuation is for the information solely of the person instructing us and if he intends to act upon this valuation he should first satisfy himself by inspection of the vessel or otherwise as to the correctness of the particulars given. No liability will be accepted to any other person or entity who subsequently relies on it.

-4-

This valuation is not to be used for the purposes of raising debt. Our opinion is not to be published, circulated or shared without our express written permission.

-5-

If there is any issue arising out of or in connection with the valuation it will be subject to the dispute resolution mechanism.