# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE THE COMPLAINT AND PETITION OF LADON SHIPPING PTE. LTD, AS OWNER OF THE VESSEL YANGZE 7, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY** | **§ § § § § § §** | **C.A. NO.** |

**AFFIDAVIT OF KEVIN P. WALTERS**

STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared Kevin P. Walters, who being by me duly sworn upon oath, states as follows:

1. My name is Kevin P. Walters. I am one of the attorneys representing the Petitioner Ladon Shipping Pte. Ltd., as owner of the M/V YANGZE 7, its engines, tackle, etc., (hereinafter "Ladon" or "Petitioner"), in a Limitation Action it filed in the United States District Court for the Southern District of Texas, Houston Division ("Lawsuit).

2. Based upon information provided to me by Petitioner, I am informed and advised that at the conclusion of the voyage, which commenced on July 19, 2024, the pending freight/hire owing to Petitioner was $680,000.

Further affiant sayeth not.

Kevin P. Walters

SWORN TO AND SUBSCRIBED before me by Kevin P. Walters on this 24th day of July, 2024, and to certify which witness my hand and seal of office.

SYLVIA L. COOPER
My Notary ID # 2652944
Expires January 4, 2028
NOTARY PUBLIC STATE OF TEXAS

Sylvia L Cooper
Notary Public in and for the
State of Texas