# Exhibit C

*Kevin P. Walters*
Direct Dial: 713.890.3223
kevin.walters@roystonlaw.com
Internet: www.roystonlaw.com

ROYSTON
EST. 1892
RAYZOR

1415 Louisiana Street, Suite 4200
Houston, Texas 77002
Main: 713-224-8380
Fax: 713-225-9945

July 24, 2024

**LETTER OF UNDERTAKING**

Clerk of Court
United States District Court
Southern District of Texas
515 Rusk Street
Houston, Texas 77002

Re: *In Re The Complaint and Petition of Ladon Shipping Pte. Ltd., as Owner of the Vessel M/V YANGZE 7, its engines, tackle, etc., in a Cause of Exoneration from or Limitation of Liability*
Our File: 67266

Dear Sir/Madam:

Certain parties have or may in the future claim to have sustained damage as a result an incident involving the YANGZE 7 and the tug MISS PEGGY while the vessels were transiting in the Houston Ship Channel on July 19, 2024, and as a result have filed or may cause to be filed actions under the laws of the United States, the General Maritime Law, and/or laws of the State of Texas for damages resulting from the aforementioned incident.

In order to file an action for Exoneration From or Limitation of Liability, as required by 46 U.S.C. § 30501 *et seq*., Petitioner in Limitation and Assuranceforeningen SKULD (Gjensidig), hereby agree to the following:

1. Petitioner in Limitation and Assuranceforeningen SKULD (Gjensidig), in compliance with Rule F and other Supplemental Rules for Certain Admiralty and Maritime Claim, herewith file with this Court this undertaking in the sum and amount of TWENTY-THREE MILLION SIX HUNDRED EIGHTY THOUSAND AND 00/100 DOLLARS ($23,680,000.00), with interest thereon at six percent (6%) per annum for the benefit of claimants.

2. Petitioner in Limitation and Assuranceforeningen SKULD (Gjensidig) hereby undertake jointly, severally and *in solido*, in the sum TWENTY-THREE MILLION SIX HUNDRED EIGHTY THOUSAND AND 00/100 DOLLARS ($23,680,000.00), with interest thereon at the rate of six percent (6%) per annum from the date hereof, that plaintiffs in limitation and Assuranceforeningen SKULD (Gjensidig) will abide by the further orders of the Court and pay into the Court Registry whenever the Court shall order, a sum equal to the amount or value of plaintiffs in limitation interest in said vessel and pending freights, or in the event of appraisal, and if the Court should find this security is insufficient therefor, then additional like security with interest thereon at the rate of six percent (6%) per annum from the date hereof; and that pending

payment of said amount, this undertaking shall stand as security for all claims filed in the said proceedings.

It is understood and agreed that the execution of this letter by Royston, Rayzor, Vickery & Williams, LLP, on behalf of the undersigned, Assuranceforeningen SKULD (Gjensidig), shall not be construed as binding upon the firm or any of its partners or employees, but is binding only upon the undersigned Assuranceforeningen SKULD (Gjensidig).

Yours very truly,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

For and On Behalf of:

ASSURANCEFORENINGEN SKULD (GJENSIDIG)

By: ______________________________
Kevin P. Walters
(As attorney-in-fact for the above listed purpose only, pursuant to authorization received by email from Assuranceforeningen SKULD (Gjensidig) on July 24, 2024)